IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREW JOHANSSON, on behalf of themselves and the Class Members described herein; HEATHER PORTER, on behalf of themselves and the Class Members described herein; JON PEARCE, on behalf of themselves and the Class Members described herein; LINDA STANLEY, on behalf of themselves and the Class Members described herein; and ANETRA FAISON, on behalf of themselves and the Class Members described herein;<br><br>    Plaintiffs,<br><br> vs.<br><br>NELNET, INC., a Nebraska Corporation; NELNET SERVICING, LLC, a Nebraska limited liability company; and NELNET DIVERSIFIED SOLUTIONS, LLC, a Nebraska limited liability company;<br><br>    Defendants. | **4:20CV3069**<br><br>**ORDER** |

  The above-captioned action was randomly assigned to the undersigned magistrate judge for final disposition. Defendants have filed a motion to requesting permission to file a brief in support of their motion to dismiss which exceeds the word limit by 1,500 words. This motion will be granted. Unless all parties consent to final disposition by a magistrate judge, the undersigned cannot enter a ruling on a motion to dismiss. If the parties do not so consent, the case will be reassigned to a district judge.

  Accordingly,

IT IS ORDERED that Defendant's Unopposed Motion to Exceed NECivR 7.1(d) World Limit is granted. (Filing No. 19). To avoid any delays in this case,

1) If the parties consent to final disposition of the case by the undersigned magistrate judge, on or before September 14, 2020, they shall complete the "CONSENT TO RANDOM ASSIGNMENT TO MAGISTRATE JUDGE" located on the court's website at http://www.ned.uscourts.gov/forms/. After all parties have signed this form, e-mail it in .pdf format to clerk@ned.uscourts.gov. Do not electronically file this form or submit it to chambers.

2) In the absence of timely submitting the fully executed consent form in accordance with paragraph (1) of this order, the case will be reassigned to a district judge.

Dated this 31st day of August, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge