IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREW JOHANSSON, on behalf of themselves and the Class Members described herein; HEATHER PORTER, on behalf of themselves and the Class Members described herein; JON PEARCE, on behalf of themselves and the Class Members described herein; and LINDA STANLEY, on behalf of themselves and the Class Members described herein;<br><br>            Plaintiffs,<br><br>   vs.<br><br>NELNET, INC., a Nebraska Corporation; NELNET SERVICING, LLC, a Nebraska limited liability company; and NELNET DIVERSIFIED SOLUTIONS, LLC, a Nebraska limited liability company;<br><br>            Defendants. | **4:20CV3069**<br><br>**ORDER** |

IT IS ORDERED that Plaintiffs' motion to continue (Filing No. 66), is granted, and the parties' stipulation for additional time, (Filing No. 69), is approved. The unexpired deadlines within the court's progression order are amended as follows:

1)    Plaintiffs' deadline for responding to Defendants' written discovery is extended December 29, 2021. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by January 12, 2022.

> **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

2) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are extended to:

|  |  |
|---|---|
| For the plaintiff(s): | January 19, 2022. |
| For the defendant(s): | February 23, 2022. |
| Plaintiff(s)' rebuttal: | March 9, 2022. |

3) The expert witness deposition deadline is extended to April 18, 2022.

4) Plaintiffs' motion for class certification shall be filed by May 19, 2022, with Defendants' response filed by June 9, 2022, and any reply filed by June 23, 2022

5) The conference with the court, currently scheduled for March 22, 2022, is continued, and it will be held on April 26, 2022 at 10:00 a.m.

December 21, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge