IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREW JOHANSSON, on behalf of themselves and the Class Members described herein; HEATHER PORTER, on behalf of themselves and the Class Members described herein; JON PEARCE, on behalf of themselves and the Class Members described herein; and LINDA STANLEY, on behalf of themselves and the Class Members described herein;<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>NELNET, INC., a Nebraska Corporation; NELNET SERVICING, LLC, a Nebraska limited liability company; and NELNET DIVERSIFIED SOLUTIONS, LLC, a Nebraska limited liability company;<br><br>　　　　　Defendants. | **4:20CV3069**<br><br>**ORDER** |

IT IS ORDERED:

1)	The motion to withdraw filed by David Domina, Anthony Fiorentino, and the attorneys of Edelman, Combs, Latturner & Goodwin, LLC, as counsel of record for Plaintiff Heather Porter (Filing No. 74), is granted.

2)	On or before January 19, 2022, Plaintiff Heather Porter shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of her intent to litigate this case without the assistance of counsel. The failure to timely do so may result in dismissal of Heather Porter's claims without further notice.

3)	The clerk shall mail a copy of this order to Heather Porter at 3954 N. Enright Ave, St. Louis, MO 63108.

December 29, 2021.　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge