IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREW JOHANSSON, on behalf of themselves and the Class Members described herein; HEATHER PORTER, on behalf of themselves and the Class Members described herein; JON PEARCE, on behalf of themselves and the Class Members described herein; and LINDA STANLEY, on behalf of themselves and the Class Members described herein;<br><br>              Plaintiffs,<br><br>  vs.<br><br>NELNET, INC., a Nebraska Corporation; NELNET SERVICING, LLC, a Nebraska limited liability company; and NELNET DIVERSIFIED SOLUTIONS, LLC, a Nebraska limited liability company;<br><br>              Defendants. | **4:20CV3069**<br><br>**ORDER** |

Plaintiff's counsel has notified the court of an updated address for Heather Porter provided by the U.S. Post Office. Accordingly,

IT IS ORDERED that the clerk shall:

1) Mail a copy of the court's order, (Filing No. 75), to Heather Porter, 4173 Humphrey, Saint Louis, MO 63116-3824.

2) Update the court's docket to reflect Heather Porter's address is now 4173 Humphrey, Saint Louis, MO 63116-3824.

Dated this 3rd day of January, 2022.

                                                    BY THE COURT:
                                                   <u>*s/ Cheryl R. Zwart*</u>
                                                   United States Magistrate Judge