IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREW JOHANSSON, on behalf of themselves and the Class Members described herein; HEATHER PORTER, on behalf of themselves and the Class Members described herein; JON PEARCE, on behalf of themselves and the Class Members described herein; and LINDA STANLEY, on behalf of themselves and the Class Members described herein;<br><br>    Plaintiffs,<br><br> vs.<br><br>NELNET, INC., a Nebraska Corporation; NELNET SERVICING, LLC, a Nebraska limited liability company; and NELNET DIVERSIFIED SOLUTIONS, LLC, a Nebraska limited liability company;<br><br>    Defendants. | **4:20CV3069**<br><br>**ORDER** |

  IT IS ORDERED:

1) All unexpired case progression deadlines as of December 27, 2021 are stayed pending further order of the court.

2) A telephone conference is set for January 25, 2022 at 1:00 p.m. before the undersigned magistrate judge to discuss case progression and the pending motion to extend discovery. The parties shall use the conferencing instructions assigned to this case to participate in the call.

3) The clerk shall mail a copy of this order to:

  Heather Porter
  4173 Humphrey
  St. Louis, MO 63116-3824

Dated this 13th day of January, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge