IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ANDREW JOHANSSON, on behalf of themselves and the Class Members described herein; HEATHER PORTER, on behalf of themselves and the Class Members described herein; JON PEARCE, on behalf of themselves and the Class Members described herein; and LINDA STANLEY, on behalf of themselves and the Class Members described herein;

        Plaintiffs,

vs.

NELNET, INC., a Nebraska Corporation; NELNET SERVICING, LLC, a Nebraska limited liability company; and NELNET DIVERSIFIED SOLUTIONS, LLC, a Nebraska limited liability company;

        Defendants.

4:20CV3069

**ORDER**

After conferring with counsel,

IT IS ORDERED that Plaintiff's motion, (Filing No. 72), is granted in part as follows:

1) The additional 30(b)(6) deposition will be taken as scheduled.

2) On or before February 10, 2022, Plaintiffs shall provide to Defendants the computer query they are requesting Defendants to run in preparation for filing Plaintiffs' anticipated motion for class certification.

3)    On or before February 17, 2022, Defendants shall either notify the court and Plaintiffs' counsel that the query cannot feasibly be run as requested or they shall begin running the query.

4)    A telephonic conference call will be held before the undersigned magistrate judge on February 22, 2022 at 11:00 a.m. to discuss whether experts will be necessary for filing the motion for class certification and with that, whether the current deadlines for preparing to file and for filing the motion for class certification need to be modified. Counsel shall use the conferencing information assigned to this case to participate in the call.

Dated this 25th day of January, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge