IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREW JOHANSSON, on behalf of themselves and the Class Members described herein; HEATHER PORTER, on behalf of themselves and the Class Members described herein; JON PEARCE, on behalf of themselves and the Class Members described herein; and LINDA STANLEY, on behalf of themselves and the Class Members described herein;<br><br>              Plaintiffs,<br><br>   vs.<br><br>NELNET, INC., a Nebraska Corporation; NELNET SERVICING, LLC, a Nebraska limited liability company; and NELNET DIVERSIFIED SOLUTIONS, LLC, a Nebraska limited liability company;<br><br>              Defendants. | **4:20CV3069**<br><br>**FINDINGS AND RECOMMENDATION** |

Plaintiffs' counsel filed a motion to withdraw from representation of Heather Porter, stating Ms. Porter was neither communicating with counsel nor providing information for responding to Defendants' discovery. (Filing No. 74). The motion to withdraw was granted on December 30, 2021. (Filing No. 75).

The order granting counsel's leave to withdraw gave Ms. Porter until January 19, 2022 to either a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a notice of intent to pursue this case without the assistance of counsel. The order also warned that failure to comply with the court's order may result in dismissal of Ms. Porter's claims without further notice. (Filing No. 75).

The court's order (Filing No. 75) was mailed to Ms. Porter's last known address as provided to the court by Plaintiff's counsel, and to a forwarding address for Ms. Porter later provided to Plaintiff's counsel by the United States Postal Service. Both mailings were returned as undeliverable. Heather Porter has not contacted either her former attorneys or the court to apprise the court of her current address, whereabouts, or interest in pursuing this litigation. She did not appear at the conference call held today.

Accordingly,

IT IS RECOMMENDED to the Honorable John M. Gerrard, United States District Judge, pursuant to 28 U.S.C. § 636(b), that Plaintiff Heather Porter's claims be dismissed without prejudice for want of prosecution.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

IT IS FURTHER ORDERED: The clerk shall mail a copy of this recommendation to Heather Porter at both of the addresses previously provided to the court: 3954 North Enright Avenue, St. Louis, MO 63108, and 4173 Humphrey, St. Louis, MO 63116

January 25, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge