IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREW JOHANSSON, et al., on behalf of themselves and the Class Members described herein, | 4:20-CV-3069 |
| Plaintiffs, | |
| vs. | ORDER |
| NELNET, INC., a Nebraska Corporation, et al., | |
| Defendants. | |

This matter is before the Court on the Magistrate Judge's findings and recommendation (filing 90) recommending that plaintiff Heather Porter's claims be dismissed without prejudice. There are no objections to the findings and recommendation.

28 U.S.C. § 636(b)(1) provides for de novo review only when a party objected to the magistrate's findings or recommendations. *See Peretz v. United States*, 501 U.S. 923, 939 (1991). The failure to file an objection eliminates not only the need for de novo review, but *any* review by the Court. *Thomas v. Arn*, 474 U.S. 140, 149-51 (1985); *United States v. Wise*, 588 F.3d 531, 537 n.5 (8th Cir. 2009), *see Daley v. Marriott Int'l, Inc.*, 415 F.3d 889, 893 (8th Cir. 2005). Accordingly,

1.  The Magistrate Judge's findings and recommendation (filing 90) are adopted.

2.  Plaintiff Heather Porter's claims are dismissed without prejudice.

3.     Porter is terminated as a party.

Dated this 14th day of February, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge