IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ANDREW JOHANSSON, on behalf of themselves and the Class Members described herein; JON PEARCE, on behalf of themselves and the Class Members described herein; and LINDA STANLEY, on behalf of themselves and the Class Members described herein;

Plaintiffs,

vs.

NELNET, INC., a Nebraska Corporation; NELNET SERVICING, LLC, a Nebraska limited liability company; and NELNET DIVERSIFIED SOLUTIONS, LLC, a Nebraska limited liability company;

Defendants.

4:20CV3069

**ORDER**

After conferring with counsel,

IT IS ORDERED:

1) The deadline for completing fact discovery is February 15, 2023.

2) A telephonic conference will be held on February 22, 2023 at 9:00 a.m. to discuss the trial and pretrial setting. The parties shall use the conferencing information assigned to this case to participate in the hearing.

Dated this 1st day of December, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge