IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREW JOHANSSON, et al., | |
| Plaintiffs, | 4:20-CV-3069 |
| vs. | |
| NELNET, INC., a Nebraska Corporation, et al., | JUDGMENT |
| Defendants. | |

On the parties' joint stipulation for dismissal without prejudice (filing 185) this case is dismissed without prejudice.

Dated this 2nd day of June, 2023.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge